*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

August 1, 2007

**E R R A T A**

**Appeal No. 2006-1593**

**BIOTECH IND V DISTRICT OF COLUMBIA**

Decided:  August 1, 2007                                   Precedential Opinion

Please correct the following:

- page 18, line 9, replace "**market power**" with: --**exclusionary power**-- and

- page 18, lines 12-13, make the same replacement.